# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re:  Staples Inc. Wage and Hour Employment Practices Litigation<br><br>N'Gai George, et al.<br>            Plaintiffs,<br><br>v.<br><br><br><br>Staples, Inc.<br>            Defendant. | Civ. Action No.  08-5746 (KSH)<br>Civ. Action No.  09-1889 (KSH)<br>Civ. Action No.  09-1890 (KSH)<br>Civ. Action No.  09-1891 (KSH)<br>Civ. Action No.  09-1919 (KSH)<br>Civ. Action No.  09-1970 (KSH)<br>Civ. Action No.  09-1157 (KSH)<br>Civ. Action No.  09-2482 (KSH)<br>Civ. Action No.  09-3983 (KSH)<br>Civ. Action No.  09-4156 (KSH)<br>Civ. Action No.  10-1278 (KSH)<br><br>**ORDER ADOPTING**<br>**REPORT AND RECOMMENDATION** |

**Katharine S. Hayden, U.S.D.J.**

The Court has reviewed the Report and Recommendation filed by Magistrate Judge Patty Shwartz in the within matter and has further reviewed the oral opinion that Judge Shwartz read into the record on September 17, 2010.  The Court is required "to conduct a *de novo* review of any part of the magistrate judge's disposition that has been properly objected to." Fed. R. Civ. P. 72(b)(3); 28 U.S.C § 636(b)(1); National Labor Relations Board v. Frazier , 966 F.2d 812, 816 (3d Cir. 1992).  No objections have been filed by the deadline set forth in 28 U.S.C § 636(b)(1) and L. Civ. R. 72.1(c)(2).  The Court finds that the Report and Recommendation should be adopted without modification.  Good cause appearing,

It is on this 26th day of October, 2010,

**ORDERED** that paragraphs (1) through (5) the Report and Recommendation [D.E. # 128] approving the settlement are adopted in full; and it is further

**ORDERED** that the findings and directions in paragraphs (6) through (9) respecting the deficiencies in plaintiffs' counsel's application for an award of fees and costs are adopted;

**ORDERED** that plaintiffs' counsel having filed additional submissions purportedly in response to paragraphs (6) through (9) [D. E. #130], the award of fees and costs shall be the subject of an additional ruling by the Court; and it is further

**ORDERED** that because D.E. #130 omits certain information required in paragraphs (6) through (9) of the Report and Recommendation, plaintiff's counsel shall submit a supplemental filing that (1) specifies the fees incurred after the <u>Stillman</u> judgment was entered; and (2) indicates clearly whether counsel is requesting the Court to ignore the judgment in <u>Stillman</u> as to legal fees and make a new fee award. If a new fee award in place of the <u>Stillman</u> award is sought, counsel shall provide legal authority for overlooking/ignoring/vacating an existing judgment. Any objections to the submissions in D.E. #130 and supplemental submission called for in this Order shall be filed no later than November 3, 2010.

<u>/s/Katharine S. Hayden</u>
Katharine S. Hayden, U.S.D.J.